# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jesus Reyna-Zaragoza,<br><br>　　　　Defendant. | No. CR-18-00986-001-PHX-SMM<br><br>　　CR-18-50146-001-PHX-SMM<br><br>**ORDER** |

On September 11, 2018, Magistrate Judge James F. Metcalf issued "Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty and Admission and Not Pursuant to a Plea Agreement and Order." Magistrate Judge Metcalf recommends to the District Court that this Judge accept the Defendant's plea of guilty and admission. Having reviewed this matter de novo, and no objections having been filed pursuant to 28 USC § 636(b)(1), the Court accepts the Recommendation of Magistrate Judge Metcalf.

Accordingly,

IT IS HEREBY ORDERED accepting the Defendant's plea of guilty and admission.

IT IS FURTHER ORDERED that the matter will be referred to the Probation Office for report and recommendation. In this connection, the Defendant may be interviewed by the Probation officer and the Court will inspect the presentence report.

Dated this 5th day of October, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge